In the Matter of VINCENT J. MURPHY, Petitioner, v NEW YORK STATE COMPTROLLER et al., Respondents. [937 NYS2d 721]—

Spain, J.

Lahtinen, J.P., Stein, Garry and Egan Jr., JJ., concur. Adjudged that the determination is annulled, without costs, and matter remitted to respondent Comptroller for further proceedings not inconsistent with this Court's decision.